O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KEEVEN D. ROBINSON,

Petitioner,

v.

E. VALENZUELA,

Respondent.

_____

Case No. CV 13-5389-JVS (KK)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

It is clear from the decision of the Court of Appeal, the Magistrate Judge's Report, and Petitioner's Objections that he did not received a perfect trial.  However, the Court has considered the assigned errors individually and collectively, and cannot say that the outcome of the trial would probably have been more favorable to petitioner but for the assigned errors.  Accordingly, the Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS THEREFORE ORDERED that Judgment be entered (1)  denying the

2  Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

3

4

5

6  DATED: October 6, 2014    _____

7    HONORABLE JAMES V. SELNA
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2